IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv483

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GARLOCK SEALING TECHNOLOGIES, LLC, *et al.*, | ) ) ) | ORDER |
| | ) | |
| Debtors, | ) | |
| | ) | |
| SIMPSON *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GARLOCK SEALING TECHNOLOGIES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Garlock Sealing Technologies, LLC's Motion to Dismiss Improperly Filed Appeal. The Appellants filed their Notice of Appeal on August 20, 2010, from an Order entered by the Bankruptcy Court on July 23, 2010. Rule 8002(a) of the Federal Rules of Bankruptcy Procedure require that an appeal be filed within 14 days of the date of entry of the order being appealed. Thus, the appeal is untimely. Appellants also failed to pay the required filing fee pursuant to 28 U.S.C. § 1930. On August 24, 2010, the Appellants were notified in writing and given ten days to pay the requisite filing fee. To date, no fee has been tendered. In addition, the Appellants have failed to file their designation of items to be included on the record on appeal and statement of the issues as required by Fed. R. Bankr. P. 8006. Accordingly,

IT IS THEREFORE ORDERED that this appeal is hereby DISMISSED.

Signed: November 15, 2010

Graham C. Mullen
United States District Judge