# United States District Court
# For The Western District of North Carolina
# Charlotte Division

In re:

Garlock Sealing Technologies, LLC, et al.,

       Debtors,         JUDGMENT IN A CIVIL CASE

Simpson, et al.,         3:10-cv-483

       Plaintiffs,

vs.

Garlock Sealing Technologies, LLC,

       Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2010 Order.

       Signed: November 15, 2010

Frank G. Johns, Clerk
United States District Court